**No. 54774.**—Ignaz Strauss & Co., Inc. *v.* United States, protest 111278–K (New York).

Opinion by FORD, J. The protest was dismissed.

**No. 54775.**—R. H. Macy & Co., Inc. *v.* United States, protest 152900–K (New York).

Opinion by FORD, J. The protest was dismissed.

BEFORE THE THIRD DIVISION, OCTOBER 25, 1950

**No. 54776.**—Kachurin Drug Co. *v.* United States, protest 162054–K (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise consists of laurel leaves similar to those the subject of *The Levy & Levis Co., Inc.* v. *United States* (23 Cust. Ct. 8, C. D. 1180), the claim of the plaintiff was sustained.

**No. 54777.**—Amcu Trading Corp. et al. *v.* United States, protests 150963–K, etc. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54778.**—R. H. Macy & Co., Inc. *v.* United States, protest 152144–K (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 54779.**—The Otto Gerdau Company and The Otto Gerdau Co. *v.* United States, protests 157670–K and 158445–K (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54780.**—L. Misuraca & Son et al. *v.* United States, protests 157996–K, etc. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54781.**—A. R. Mayeri *v.* United States, protest 158799–K (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 54782.**—Casablanca Importing Co. et al. *v.* United States, protests 159197–K, etc. (New York).